FILED: November 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2206
(1:21-cv-02337-ELH)

_____

ST. MICHAEL'S MEDIA, INC.

   Plaintiff - Appellant

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; JAMES SHEA, in his personal and official capacities; BRANDON SCOTT, in his personal and official capacities

   Defendants - Appellees

 and

SMG

   Defendant

------------------------------

FIRST AMENDMENT LAWYERS ASSOCIATION

   Amicus Supporting Appellant

_____

JUDGMENT

_____

In accordance with the decision of this court, the district court's October 12, 2021, order concerning bond is affirmed, and St. Michael's appeal from the denial of a preliminary injunction is dismissed as moot.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK